DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

4 OCTOBER 2012

| 344P12 | State v. Leon Lavern Conyers | 1. Def's *Pro Se* Motion for Appropriate Relief | 1. Dismissed without Prejudice |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| 345P12 | State v. Marlon Rasheem Parker | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA11-1413) | Denied |
| 350P12 | John L. Fontana, M.D. v. Southeast Anesthesiology Consultants, P.A., Dr. Richard L. Gilbert; Dr. Michael T. Gillette; Dr. Joshua S. Miller; and Dr. Richard Yevak; American Anesthesiology of the Southeast, PLLC; Mednax Services, Inc.; and Mednax, Inc. | Defs' PDR Under N.C.G.S. § 7A-31 (COA11-1494) | Denied |
| 352P12 | Donald Edwin Matthieu, Jr., and Carol Carter Matthieu v. Steven M. Miller, Jennifer A. Miller, and J&S Electric Co., Inc. | Plts' PDR Under N.C.G.S. § 7A-31 (COA11-1287) | Denied |
| 356P12 | State v. Jason D. Hollis | 1. Def's *Pro Se* PWC to Review Order of COA (COAP12-598) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 357P12 | State v. Steven Wayne Golden | Def's *Pro Se* PWC to Review Order of COA (COAP12-554) | Dismissed |